Cite as 2024 Ark. 116

# SUPREME COURT OF ARKANSAS

|  |  |
|---|---|
| IN RE AMENDED ADMINISTRATIVE PLAN FOR THE THIRD JUDICIAL CIRCUIT | **Opinion Delivered:** June 13, 2024 |

## PER CURIAM

Pursuant to Administrative Order No. 14, the Third Judicial Circuit has submitted an amendment to the currently approved plan. The amendment is approved and shall be effective immediately.

The remainder of the administrative plan remains in full force and effect until a subsequent plan is approved.